**JUDGE KARAS**

Paul W. Garrity
Sean R. Flanagan
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV 7401**

| | |
|---|---|
| BARREVELD INTERNATIONAL, INC. and DK LIVING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MEGACOLOR CORPORATION, and MEGAMAIL CORPORATION<br><br>Defendants. | CASE NO.<br><br>RULE 7.1<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiffs, Barreveld International, Inc. and DK Living, Inc., states the following:

1. Barreveld International, Inc., and DK Living Inc., are not publicly held corporations.

2. Barreveld International, Inc., and DK Living Inc., are wholly owned by M.C. Barreveld.

Dated: August 20, 2008

KELLEY DRYE & WARREN LLP

By: _____
Paul W. Garrity
Sean R. Flanagan
101 Park Avenue
New York, NY 10178
(212) 808-7800
Attorneys for Plaintiffs
Barreveld International, Inc.
DK Living, Inc.